```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **DEMETRIUS EWING** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4146** |
| **EDWARD T. OLSEN, ET AL.** | **SECTION: "F" (5)** |

<u>**ORDER**</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore;

**IT IS ORDERED** that the motion for summary judgment filed on behalf of defendants, Jean Llovet and James Dibble, be **GRANTED** and that plaintiff's Section 1983 claims against defendants, Jean Llovet and James Dibble, be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this  27th  day of   September   , 2011.

```
                    _____
                        UNITED STATES DISTRICT JUDGE
```