UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEMETRIUS EWING                           CIVIL ACTION

VERSUS                                    NO. 10-4146

EDWARD T. OLSEN, ET AL.                   SECTION: "F" (5)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that the motion for summary judgment filed on behalf of defendant, Edward Olsen, be **GRANTED** and that plaintiff's Section 1983 claims against Olsen be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of Nov., 2011.

_____
UNITED STATES DISTRICT JUDGE